MEMORANDUM OPINION




No. 04-04-00030-CV



IN THE MATTER OF L.L.



From the 131st Judicial District Court, Bexar County, Texas


Trial Court No. 2004-CI-00653


Honorable David A. Berchelmann, Jr., Judge Presiding



PER CURIAM


Sitting: Sarah B. Duncan, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: February 18, 2004


MOTION TO DISMISS GRANTED; DISMISSED

 Appellant appealed the trial court's order denying habeas corpus relief and now moves to
dismiss the appeal. We grant the motion. See Tex. R. App. P. 42.1(a)(2). No costs shall be assessed
against appellant because he is indigent. 

 PER CURIAM